UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
SCOTT G. GRIEB
CYNTHIA A. GRIEB  CASE NO. 12-84382

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Green Tree Servicing LLC    **Court claim #:** 3

**Last four digits** of any number used to identify the debtor's account: 0886

### Final Cure Amount

| | |
|---|---|
| Amount of Prepetition Arrears | $247.27 (Per Creditor's Proof of Claim) |
| Amount Paid by Trustee | $247.27 |

### Monthly ongoing Mortgage Payment

Mortgage is paid:

☐  Thru the Chapter 13 Plan      ☒  Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  5/26/2015       /s/Lydia S. Meyer
                        Lydia S. Meyer, Trustee
                        308 W. State St., Suite 212
                        Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 26th Day of May, 2015.

Dated:  5/26/2015       /s/Cynthia K. Burnard

GREEN TREE SERVICING LLC
BANKRUPTCY DEPARTMENT
PO BOX 0049
PALATINE, IL 60055-0049

BAC HOME LOANS SERVICING LP
BANKRUPTCY DEPT, MS CA6-919-01-23
400 NATIONAL WAY
SIMI VALLEY, CA 93065

DEAN PROBER
C/O PROBER & RAPHAEL, A LAW CORP.
20750 VENTURA BLVD STE. 100
WOODLAND HILLS, CA 91364

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

GREEN TREE SERVICING LLC
BANKRUPTCY DEPARTMENT
PO BOX 6154
RAPID CITY, SD 57709-6154

SCOTT G. GRIEB
CYNTHIA A. GRIEB
894 ABERDEEN DRIVE
CRYSTAL LAKE, IL 60014

BRIAN A. HART LAW OFFICES
1410 N. MAIN STREET
ROCKFORD, IL 61103